Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEAN MARIE VALE,<br><br>　　　　　Defendant. | No.  6:14-mj-122-MJS<br><br>**REQUEST TO RECALL ARREST WARRANT AND ORDER THEREON** |

The United States of America, by and through its representative, Matthew McNease, Acting Legal Officer for the National Park Service in the Eastern District of California, hereby requests this Court for an order recalling the Arrest Warrant issued on December 16, 2014.


Dated:  June 11, 2015　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/S/ Matthew McNease_____
　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the Arrest Warrant in the above referenced matter, *United States v. Jean Marie Vale,* 6:14-mj-122-MJS, is recalled.

IT IS SO ORDERED.

Dated:   June 11, 2015                            /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE