AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JEAN MARIE VALE** | Case Number: **6:14MJ122-001** |
| | Defendant's Attorney: Erin Snider, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)  One and Two  of the First Amended Superseding Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23 (a)(2) | Operate or be in actual physical control of a motor vehicle with a BAC greater than .08% | 09/21/2014 | One |
| 36 CFR 4.2/CVC §14601.5 (a) | Drive with a suspended license behind an administrative suspension. | 9/21/2014 | Two |

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[ ] Count (s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.                [✓] Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

<u>10/21/2015</u>
Date of Imposition of Judgment
/s/ Michael J. Seng
Signature of Judicial Officer
**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
10/22/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JEAN MARIE VALE**  
CASE NUMBER: **6:14MJ122-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>Unsupervised Probation for 36 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.
2. The Defendant shall pay a special assessment of $20.00 for a total financial obligation of $20.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.  
    2500 Tulare Street, Rm 1501  
    Fresno, CA 93721

3. The Defendant shall enroll in a Multi-Offender DUI program through the California Department of Motor Vehicles within twelve months.
4. The Defendant is ordered to personally appear for a Probation Review Hearing on September 20, 2016 at 10:00 am before U.S. Magistrate Judge Seng.
5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
6. The Defendant shall attend AA two time(s) weekly for twelve months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.
7. The Defendant shall not operate a motor vehicle with any detectable amount of alcohol in Defendant's system.
8. The Defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.
9. Other: Pursuant to 18 USC 3563(b) (10), the defendant shall remain in the custody of the Bureau of Prisons for 90 days custody, sixty days suspended and credit for two (2) days served for a total of 28 days, commencing on January 25, 2016. Court recommends that defendant be allowed to serve custody time near home in Fresno, CA.