1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  JEAN MARIE VALE

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) Case No. 6:14-mj-00122-MJS
12         Plaintiff,               )
                                    ) STIPULATION TO MODIFY SPECIAL
13 vs.                              ) CONDITION 9 OF PROBATION PURSUANT
                                    ) TO 18 U.S.C. § 3563(C); ORDER
14 JEAN MARIE VALE,                 )
                                    )
15         Defendant.               )
                                    )
16 _____ )

17        **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for defendant Jean Marie Vale, that Special Condition 9

20 of Ms. Vale's probation be modified to continue Ms. Vale's self-surrender date from January 25,

21 2016, to March 25, 2016.

22        On October 21, 2015, this Court sentenced Ms. Vale to thirty-six months of unsupervised

23 probation.  *See* Judgment, Docket No. 14, at 2.  Pursuant to Special Condition 9 of her probation,

24 Ms. Vale is to serve twenty-eight days of imprisonment, commencing on January 25, 2016.  *Id.*

25        As the Court is aware, in February 2015, Ms. Vale was involved in an automobile

26 accident, which resulted in back injuries.  Ms. Vale received surgery to address her back injuries

27 and was advised that, following a four to five month healing period, she would need to undergo

28 physical therapy.  Ms. Vale recently began her physical therapy sessions.  *See* Ex. A, Medical

Record, at 1. She has appointments twice a week, with her last appointment on February 15, 2016. *Id.* at 1-2. At that time, she will be re-evaluated to determine whether further therapy is required. Ms. Vale is also experiencing pain associated with her prosthetic knee. She has an appointment to see her doctor on February 25, 2016, and anticipates her doctor will recommend physical therapy for her knee.

Ms. Vale requests that the Court modify Special Condition 9 by continuing her self-surrender date for sixty days. This continuance will allow Ms. Vale to attend her already scheduled physical therapy appointments, as well as possible future appointments.

Respectfully submitted,

Date: January 20, 2016        */s/ Matthew McNease*
                              MATTHEW MCNEASE
                              Yosemite Legal Officer
                              Counsel for the Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: January 20, 2016        */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              JEAN MARIE VALE

## **O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies Special Condition 9 of Defendant's probation in Case No. 6:14-mj-00122-MJS so that Defendant's date to surrender for custody is continued from January 25, 2016, to March 25,

2016, on which latter date Defendant shall self-surrender to the institution designated by the Bureau of Prisons in accordance with the instructions of the United States Marshal Service.

IT IS SO ORDERED.

Dated:   January 23, 2016           /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE