| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>JEAN VALE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:14-mj-00122-MJS |
| Plaintiff, | ) | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT REVIEW HEARING; ORDER |
| vs. | ) | |
| JEAN VALE, | ) | Date: September 20, 2016 |
| Defendant. | ) | Time: 10:00 A.M.<br>Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Jean Vale, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for her initial appearance, and be allowed to appear telephonically. Defendant is scheduled for a review hearing to review her compliance with probation conditions. She was sentenced to 36 months of probation following a guilty plea to a DUI and Driving on a Suspended License. She has filed her attendance logs from AA as Docket Entry 18. She has also submitted proof of enrollment in the multi-offender DMV course. As such, the government does not object to her telephonic appearance. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all

1    times.

2    Ms. Vale has expressed to counsel her financial inability to attend court in Yosemite. Due to her previous convictions she is unable to drive herself to court and currently does not have anybody to drive her to court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2016      */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JEAN VALE

## **O R D E R**

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via telephone at the September 20, 2016, hearing in case No. 6:14-mj-00122 MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:    September 19, 2016      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE