HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JEAN-MARIE VALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:14-mj-00122-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | ) |
| JEAN-MARIE VALE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jean-Marie Vale, that the Court continue the April 18, 2017 review hearing in this matter to October 2, 2017, at 10:00 a.m.

On October 21, 2015, the Court sentenced Ms. Vale to 36 months of unsupervised probation, ordered her to pay a $20 special assessment, ordered her to attend Alcoholics Anonymous ("AA") meetings at a rate of twice per week for 12 months, ordered her to enroll in a multi-offender DUI program within 12 months, and sentenced her to 90 days in custody, with 60 days suspended, and credit for 2 days served.

A review hearing was held in this matter on September 20, 2016. At the hearing, it was determined that Ms. Vale had paid her $20.00 special assessment, had enrolled in a multi-offender DUI program (enrolled March 11, 2016), and had attended 66 AA meetings. Ms. Vale

informed the Court that she was having mobility issues, which prevented her from attending the remaining 34 AA meetings. The review hearing was then continued until April 18, 2017, so that Ms. Vale would have additional time to complete the remaining AA meetings.

Shortly after the September 20, 2016 review hearing, on October 11, 2016, Ms. Vale was admitted to the hospital for a knee implant surgery. Three days after her surgery, on October 14, 2016, while still hospitalized, it was determined that Ms. Vale had contracted metallosis,[1] resulting from the implant surgery. Thereafter, Ms. Vale was hospitalized until December 9, 2016, and then re-admitted January 8, 2017, where she remained until released on February 1, 2017. Following her release from the hospital, Ms. Vale had limited mobility and she was again hospitalized on March 3, 2017, with a left ankle sprain. Notwithstanding her extensive hospitalization and recovery, Ms. Vale managed to attend 12 AA meetings between February 17, 2017, and March 24, 2017. Proof of this attendance, as well as medical records documenting the above, has been provided to the government.

In light of the above, the parties request that Ms. Vale's review hearing be continued for approximately 6 months, until October 2, 2017, to provide Ms. Vale with the time necessary to attend the remaining 22 AA meetings. Ms. Vale remains on unsupervised probation until October 21, 2018.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: April 13, 2017

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

---

[1] Metallosis is the medical condition that arises from the deposition and/or build-up of metal debris in the human body. Metallosis has been known to occur following implant surgery.

|   |   |   |
|---|---|---|
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 13, 2017 | | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>JEAN-MARIE VALE |

**O R D E R**

The Court hereby grants the parties' request to continue the April 18, 2017 review hearing to October 2, 2017, at 10:00 a.m., in case number 6:14-mj-00122-MJS.

IT IS SO ORDERED.

Dated: April 14, 2017          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE