1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JEAN MARIE VALE

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:14-mj-00122-MJS
                                     )
12              Plaintiff,           )  **MOTION TO VACATE OCTOBER 18, 2017**
                                     )  **REVIEW HEARING; ORDER**
13  vs.                              )
                                     )
14  JEAN MARIE VALE,                 )
                                     )
15              Defendant.           )
    _____)

16

17        Defendant Jean Marie Vale hereby requests that the Court vacate the October 18, 2017

18  review hearing. The Government is in agreement with the request.

19        On October 21, 2015, the Court sentenced Ms. Vale to thirty-six months of unsupervised

20  probation, with the conditions that she obey all laws and advise the Court and Government

21  within seven days of being cited or arrested for any alleged law violation. In addition, the Court

22  ordered Ms. Vale to pay a special assessment of $20, enroll in a Multi-Offender DUI program

23  within the first twelve months of probation, attend AA meetings twice a week for the first 12

24  months of probation, and report to the Bureau of Prisons for 90 days in custody, 60 days of

25  which was suspended and two days were credited, for a total of 28 days in custody.

26        Ms. Vale has complied with the requirements of her probation. She thus requests that the

27  October 18, 2017 review hearing be vacated.

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JEAN MARIE VALE

### O R D E R

Based on the parties' joint representation that Defendant Vale, Case No. 6:14-mj-00122-MJS, is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for October 18, 2017 at 10 a.m.

IT IS SO ORDERED.

Dated:   October 16, 2017        /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE